EARNEST A. WARREN v. ELIZABETH G. WARREN

4 So. (2nd) 524

En Banc

Opinion Filed November 12, 1941

*George Campbell*, for Petitioner;

*Clement L. Theed*, for Respondent.

PER CURIAM.—No error is clearly apparent from an examination of the file and the briefs in this cause, therefore, the petition for certiorari to review an order of the chancellor denying a motion to dismiss the bill of complaint is denied.

BROWN, C. J., WHITFIELD, TERRELL, CHAPMAN and THOMAS, J. J., concur.

BUFORD and ADAMS, J. J., not participating.